# United States District Court
## Eastern District of Wisconsin

**CALVIN THAMES,**
on behalf of himself and all
others similarly situated,

        Plaintiff(s),

v.

**STEEL SOLUTIONS, INC.,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. **21-CV-664**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this Court **GRANTS** the parties' Joint Motion for Final Settlement Approval, (ECF No. 37), **APPROVES** the parties' Settlement Agreement, (ECF No. 20-1), as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Attorneys' Fees and Costs, (ECF No. 31), in the amount of $29,571.63 is **GRANTED.**

    **IT IS FURTHER ORDERED** that Plaintiff's Motion for Approval of Service Award, (ECF No. 36), in the amount of $3,500.00 is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is dismissed on the merits and with prejudice.

Approved: *signature*
STEPHEN C. DRIES
United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this <u>11th</u> day of July, 2022.

        GINA M. COLLETTI
        Clerk of Court

        <u>*s/ K. Hubacz*</u>
        (By) Deputy Clerk